IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:08CR456 |
| v. | ) | |
| JAMES ANTHONY HOWARD, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for leave to file statement of objection to the report and recommendation out of time (Filing No. 32). The Court notes plaintiff has no objection and finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant's statement of objections to report and recommendation (Filing No. 33) is deemed timely filed.

DATED this 11th day of May, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court