IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
              Plaintiff,     )           8:08CR456
                             )
       v.                    )
                             )
JAMES ANTHONY HOWARD,        )             ORDER
                             )
              Defendant.     )
_____)
```

This matter is before the Court on defendant's motion to continue trial (Filing No. 38). The Court notes that plaintiff has no objection. Accordingly,

IT IS ORDERED that the motion is granted; trial of this matter is rescheduled for:

**Monday, September 21, 2009, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court. To accommodate the schedule of the Court and to give the parties time to prepare for trial, the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between June 22, 2009, and September 21, 2009, shall be deemed excludable time in any computation of time under

the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 17th day of June, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court