IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:08CR456 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES ANTHONY HOWARD, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to restrict (Filing No. 37). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; the motion to continue trial shall be filed as restricted pursuant to the E-Government Act.

DATED this 17th day of June, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court